UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYAN PAUL GOETTER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>        Defendants. | Case No. 5:25-cv-01736-MWC-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 5), the Amended Report and Recommendation of the magistrate judge (Dkt. 12, "Report"), and Plaintiff's Objection to the Report (Dkt. 15). The Court has engaged in a <u>de novo</u> review of the portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: October 21, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge