UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYAN PAUL GOETTER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. 5:25-cv-01736-MWC-JDE<br><br>JUDGMENT<br><br>JS-6 |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED without prejudice.

Dated: October 21, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge